Ent JS-6
FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBIE EDELEN,<br><br>Petitioner,<br><br>vs.<br><br>BOARD OF PRISON TERMS,<br><br>Respondent. | Case No. CV 07-2862-R (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: Jan. 2, 2008

MANUEL REAL
UNITED STATES DISTRICT JUDGE